USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

FILED

for the          NORTHERN    DISTRICT OF    CALIFORNIA NOV 20  A 11: 55

UNITED STATES OF AMERICA

V.

HOA DUC NGUYEN

}

RICHARD W. WIEKING
CRIMINAL NUMBER CR 95-20075 RMW
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DEC 07 2007

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

07 CRIM 1121

I, Hoa Duc Nguyen _____, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty _____ to the offense charged, to consent to the disposition of the case in the Southern _____ District of New York _____ in which I, am held _____, (am under arrest, am held) and to waive trial in the above captioned District.

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
Date: NOV 20 2007

Dated: 11/14   20 07 at  2 45/p

Hoa Roe Ngu____
(Defendant)

_____, SA, FBI NY
(Witness)

Edmund D W____
(Counsel for Defendants)

W.L. Taura, AUSA, SDNY
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
Northern
_____ District of
California

_____
United States Attorney for the
Southern
_____
New York

DOCUMENT NO    USA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING