I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED.
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
Deputy Clerk

No. _____

# UNITED STATES DISTRICT COURT

___NORTHERN___ District of ___CALIFORNIA___

_____CRIMINAL_____ Division

**FILED**
FEB 6 1996
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### THE UNITED STATES OF AMERICA

vs.

LAWRENCE WONG, et al.

---

SUPERSEDING **INDICTMENT**

18 U.S.C. § 1951
18 U.S.C. § 924(c)(1)
18 U.S.C. § 1955
18 U.S.C. § 371
18 U.S.C. § 2

---

*A true bill.*

_____Charles W. McTye_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail. $ __no process__

_____

DOCUMENT NO. 314    CSA's INITIALS

DISTRICT COURT CRIMINAL CASE PROCESSING

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: DEC 07 2007

1  MICHAEL J. YAMAGUCHI
   United States Attorney
2
   JOEL R. LEVIN
3  Chief, Criminal Division

4  GEOFFREY A. ANDERSON
   Assistant United States Attorney
5  Chief, Organized Crime Strike Force

6  STEVEN F. GRUEL
   Assistant United States Attorney
7  Northern District of California
   450 Golden Gate Avenue
8  P.O. Box 36132
   San Francisco, California  94102
9  Telephone:  (415) 436-6936

**FILED**

FEB 6 1996

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,           )   NO. CR.  95-20075-RMW
                                        )
13            Plaintiff,                )   **VIOLATIONS:**
                                        )
14       v.                             )   18 U.S.C. § 1951 - Hobbs
                                        )   Act - Conspiracy to
15  LAWRENCE WONG aka QUOC HUYNH        )   Obstruct Commerce
    MICHAEL NGUYEN aka VIET QUOC NGUYEN )
16  JASON NGUYEN aka QUOC BAO NGUYEN    )   18 U.S.C. § 1951 - Hobbs
    LIEM NGUYEN aka FRANK NGUYEN        )   Act - Attempt to Obstruct
17       aka "LIEM"                     )   Commerce
    ANTHONY SANG aka TONY Y.T. SANG     )
18  THANH TAM CAO aka MINH TAN NGUYEN   )   18 U.S.C. § 924(c)(1) -
    PHUONG THAN PHAM                    )   Firearms Used in Crime of
19  LUONG HUE TIEU                      )   Violence
    PHONG THIEN NGUYEN                  )
20  QUYEN MANH NGUYEN                   )   18 U.S.C. § 371 -
    PHUNG CAT NGO                       )   Conspiracy to Transport/
21  HOA DUC NGUYEN                      )   Receive Stolen Property
    TUAN ANH TRAN                       )
22  HAI HOANG BUI                       )   18 U.S.C. § 371 -
    HUE TIU PHAM aka HARRIS PHAM        )   Conspiracy to Engage In
23       aka "HUE TIU"                  )   An Illegal Gambling
    TRI VAN NGUYEN aka TAYLOR NGUYEN    )   Enterprise
24       aka "DAI TA"                   )
                                        )   18 U.S.C. § 1955 -
25            Defendants.               )   Illegal Gambling
                                        )   Enterprise
26                                      )
                                        )   18 U.S.C. § 2 - Aiding
                                        )   and Abetting

Document No. 314

District Court
Criminal Case Processing

# SUPERSEDING INDICTMENT

COUNT ONE:        (18 U.S.C. § 1951)

The grand jury charges that

From on or about April 20, 1995, up until and including May 25, 1995, in the State and Northern District of California, County of Santa Clara,

        LAWRENCE WONG aka QUOC HUYNH
        MICHAEL NGUYEN aka VIET QUOC NGUYEN
        THANH TAM CAO aka MINH TAN NGUYEN
        PHUONG THAN PHAM
        LUONG HUE TIEU
        PHONG THIEN NGUYEN
        QUYEN MANH NGUYEN
        PHUNG CAT NGO
        HOA DUC NGUYEN
        TUAN ANH TRAN
        HAI HOANG BUI

defendants herein, knowingly combined, conspired, confederated and agreed with each other and with other persons to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery.

All in violation of Title 18, United States Code, Section 1951.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

SUPERSEDING
INDICTMENT
(Wong, et al.)                              2

1  COUNT TWO:        (18 U.S.C. § 1951 and 18 U.S.C. § 2)

2       The grand jury further charges that:

3       From on or about April 20, 1995, up until and including May 25,

4  1995, in the State and Northern District of California, County of

5  Santa Clara,

```
              LAWRENCE WONG aka QUOC HUYNH
           MICHAEL NGUYEN aka VIET QUOC NGUYEN
           THANH TAM CAO aka MINH TAN NGUYEN
                    PHUONG THAN PHAM
                     LUONG HUE TIEU
                   PHONG THIEN NGUYEN
                   QUYEN MANH NGUYEN
                     PHUNG CAT NGO
                    HOA DUC NGUYEN
                     TUAN ANH TRAN
                     HAI HOANG BUI
```

12  defendants herein, knowingly attempted, and aided and abetted in the

13  attempt, to obstruct, delay and affect commerce and the movement of

14  articles and commodities in commerce by robbery.

15      All in violation of Title 18, United States Code, Section 1951

16  and Title 18, United States Code, Section 2.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

SUPERSEDING
INDICTMENT
(Wong, et al.)                    3

1  COUNT THREE:    (18 U.S.C. §§ 2 and 924(c)(1))

2       The grand jury further charges that:

3       On or about May 25, 1995 in the County of Santa Clara, State
4  and Northern District of California,

```
                LAWRENCE WONG aka QUOC HUYNH
              MICHAEL NGUYEN aka VIET QUOC NGUYEN
               THANH TAM CAO aka MINH TAN NGUYEN
                       PHUONG THAN PHAM
                        LUONG HUE TIEU
                       PHONG THIEN NGUYEN
                       QUYEN MANH NGUYEN
                         PHUNG CAT NGO
                        HOA DUC NGUYEN
                        TUAN ANH TRAN
                        HAI HOANG BUI
```

11 defendants herein, did knowingly use and carry firearms, to wit, a
12 .45 caliber, Browning model, serial number 395RR4118; and a .357
13 Magnum revolver, Ruger model, serial number 157-22406; and did aid
14 and abet the same, during and in relation to a crime of violence, to
15 wit, the conspiracy to obstruct commerce as set forth in Count 1 of
16 this Superseding Indictment and attempt to obstruct commerce as set
17 forth in Count 2 of this Superseding Indictment.

18      All in violation of Title 18, United States Code, Sections 2
19 and 924(c)(1).

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /

SUPERSEDING
INDICTMENT
(Wong, et al.)                              4

1  COUNT FOUR:     (18 U.S.C. §§ 2 and 924(c)(1))

2       The grand jury further charges that:

3       On or about May 25, 1995 in the County of Santa Clara, State
4  and Northern District of California,

**LAWRENCE WONG aka QUOC HUYNH**
**MICHAEL NGUYEN aka VIET QUOC NGUYEN**
**THANH TAM CAO aka MINH TAN NGUYEN**
**PHUONG THAN PHAM**
**LUONG HUE TIEU**
**PHONG THIEN NGUYEN**
**QUYEN MANH NGUYEN**
**PHUNG CAT NGO**
**HOA DUC NGUYEN**
**TUAN ANH TRAN**
**HAI HOANG BUI**

11 defendants herein, did knowingly use and carry firearms, to wit, a
12 9mm Luger, Glock 19 model, serial number AGF974; a 9mm Luger, S&W
13 459 model; serial number A809952; and a 9mm Luger, Jennings 59
14 model, and did aid and abet the same, during and in relation to a
15 crime of violence, to wit, the conspiracy to obstruct commerce as
16 set forth in Count 1 of this Superseding Indictment and attempt to
17 obstruct commerce as set forth in Count 2 of this Superseding
18 Indictment.

19      All in violation of Title 18, United States Code, Sections 2
20 and 924(c)(1).

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /

S U P E R S E D I N G
I N D I C T M E N T
(Wong, et al.)                       5

1 | COUNT FIVE:     (18 U.S.C. § 1955 and 18 U.S.C. § 2)
2 | The grand jury further charges that:
3 | At a time unknown but beginning no later than September 24,
4 | 1994, and continuing thereafter up to and including May 25, 1995, in
5 | the State and Northern District of California, County of Santa
6 | Clara,

LAWRENCE WONG aka QUOC HUYNH
MICHAEL NGUYEN aka VIET QUOC NGUYEN
JASON NGUYEN aka QUOC BAO NGUYEN
HUE TIU PHAM aka HARRIS PHAM aka "HUE TIU"
TRI VAN NGUYEN aka TAYLOR NGUYEN aka "DAI TA"

defendants herein, and others known and unknown to the Grand Jury, did intentionally, knowingly, and unlawfully conduct, finance, manage, supervise, direct, and own all or part of an illegal gambling business involving sports bookmaking, which gambling business was conducted in violation of California Penal Code Section 337(a) subdivision 1, and which gambling business involved five or more persons who did conduct, finance, manage, supervise, direct, and own all or part of said gambling business, and which gambling business remained in substantially continuous operation for a period in excess of thirty days and had a gross revenue of $2,000.00 in any single day.

All in violation of Title 18, United States Code, Sections 1955 and 2.

/ / /
/ / /
/ / /
/ / /

S U P E R S E D I N G
I N D I C T M E N T
(Wong, et al.)                    6

1  COUNT SIX:       (18 U.S.C. § 371)

2       The grand jury further charges that:

3       At a time unknown but beginning no later than September 24,
4  1994, and continuing thereafter up to and including May 25, 1995, in
5  the State and Northern District of California, County of Santa
6  Clara,

                    **LAWRENCE WONG aka QUOC HUYNH**
                **MICHAEL NGUYEN aka VIET QUOC NGUYEN**
                 **JASON NGUYEN aka QUOC BAO NGUYEN**
               **HUE TIU PHAM aka HARRIS PHAM aka "HUE TIU"**
            **TRI VAN NGUYEN aka TAYLOR NGUYEN aka "DAI TA"**

10  defendants herein, and other known and unknown to the Grand Jury,
11  did intentionally, knowingly, and unlawfully combine, conspire,
12  confederate, and agree with each other and with other persons, both
13  known and unknown to the Grand Jury, to commit the following offenses
14  against the United States: did intentionally, knowingly, and
15  unlawfully conduct, finance, manage, supervise, direct, and own all
16  or part of an illegal gambling business involving bookmaking, as
17  alleged in Count Three of this Indictment, which gambling business
18  was operated in San Jose, California, which gambling business was
19  conducted in violation of California Penal Code Section 337(a)
20  subdivision 1, and which gambling business involved five or more
21  persons who did conduct, finance, manage, supervise, direct, and own
22  all or part of said gambling business, and which gambling business
23  remained in substantially continuous operation for a period in
24  excess of thirty days and had a gross revenue of $2,000 in any
25  single day, in violation of Title 18, United States Code, Section
26  1955.

SUPERSEDING
INDICTMENT
(Wong, et al.)                          7

## OVERT ACTS

In furtherance of the conspiracy, and to achieve the objects thereof, the defendants and their co-conspirators, known and unknown to the Grand Jury, committed the following overt acts, and others, in the Northern District of California, and elsewhere:

1. On or about December 12, 1994, MICHAEL NGUYEN and LAWRENCE WONG discussed adding a "point" to the line for a Monday Night football game.

2. On or about February 8, 1995, "DAI TA" had a telephone conversation with "HUE TIU" and placed bets totalling $5,300.00.

3. On or about February 8, 1995, JASON NGUYEN had a telephone conversation with a telephone caller and informed the caller that "HUE TIU" would give out the lines.

4. On or about February 16, 1995, "DAI TA" placed a telephone call to PRESTIGE COMPUTER and placed bets totalling approximately $5000.00.

5. On or about February 27, 1995, "DAI TA" engaged in a telephone conversation with HUE TIU at PRESTIGE COMPUTER and discussed his commission.

All in violation of Title 18, United States Code, Section 371.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

COUNT SEVEN:     (18 U.S.C. § 371)

The grand jury further charges that:

From beginning at a time unknown but beginning no later than February 8, 1995, and continuing therafter up to and including May 25, 1995, in the State and Northern District of California, City and County of Santa Clara and elsewhere,

        **LAWRENCE WONG aka QUOC HUYNH**
     **MICHAEL NGUYEN aka VIET QUOC NGUYEN**
      **JASON NGUYEN aka QUOC BAO NGUYEN**
  **LIEM NGUYEN aka FRANK NGUYEN aka "LIEM"**
        **ANTHONY SANG aka TONY Y.T. SANG**

defendants herein, did knowingly and willfully, combine, conspire, and agree with each other and persons known and unknown to the Grand Jury to transport in interstate and foreign commerce stolen goods of more than $5,000 in value knowing the same to have been stolen and to receive and possess stolen goods of more than $5000 in value which had crossed a State boundary after being stolen in violation of Title 18, United States Code, Sections 2314 and 2315.

### OBJECT OF THE CONSPIRACY

2.     It was the object of the conspiracy to acquire and then transfer stolen Intel computer chips.

### OVERT ACTS

3.     In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Northern District of California.

4.     On or about March 28, 1995, LAWRENCE WONG told an undercover agent to send to him from Arizona Intel computer chips which were represented as stolen.

SUPERSEDING
INDICTMENT
(Wong, et al.)                      9

5.   On or about March 29, 1995, LAWRENCE WONG told an undercover agent that he would send someone to Phoenix, Arizona to acquire Intel computer chips which were represented as stolen.

6.   On or about March 30, 1995, LAWRENCE WONG sent MICAEL NGUYEN to Phoenix, Arizona to acquire Intel computer chips.

7.   On or about March 30, 1995, MICHAEL NGUYEN arrived at San Jose International Airport on America West Flight 870 with two boxes of Intel computer chips.

All in violation of Title 18, United States Code, Section 371.

DATED: February 6, 1996.

_____
FOREPERSON

_____
MICHAEL J. YAMAGUCHI
United States Attorney

Approved as to form  S.F.Gul
         AUSA: S.F. GRUEL

```
S U P E R S E D I N G
I N D I C T M E N T
(Wong, et al.)                    10
```

| AO 257 (Rev. 6/78) | | | PER 18 U.S.C. 3170 |
|---|---|---|---|
| | DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT | | |

BY: ☐ COMPLAINT ☐ INFORMATION ☒ SUPERSEDING INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

**NORTHERN DISTRICT OF CALIFORNIA**

─ OFFENSE CHARGED ─

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

─ DEFENDANT – U.S. vs. ─

▶ HOA DUC NGUYEN

**FILED**
FEB 6 1996
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PENALTY

SEE ATTACHMENT

DISTRICT COURT NUMBER

CR 95-20075

─ PROCEEDING ─

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
MICHAEL J. YAMAGUCHI
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
STEVEN F. GRUEL

─ DEFENDANT ─

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)

   Northern District of California

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction         ☐ Fed'l ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes    If "Yes" give date filed
                          ☐ No

DATE OF ARREST ▶      Mo.  Day  Year

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▷      Mo.  Day  Year

☐ This report amends AO 257 previously submitted

─ ADDITIONAL INFORMATION OR COMMENTS ─

PROCESS:

SUMMONS _____

BAIL (AMT). _____

NO PROCESS* ___XXX___

*WHERE DEFENDANT PREVIOUSLY APPREHENDED ON COMPLAINT, NO NEW SUMMONS OR WARRANT NEEDED, SINCE MAGISTRATE HAS SCHEDULED ARRAIGNMENT

**ATTACHMENT TO PENALTY SHEET**
**(for HOA DUC NGUYEN)**

**FILED**

FEB 6 1996

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFENSES CHARGED:

Count 1:  18 U.S.C. § 1951 -- Hobbs Act - Conspiracy to Obstruct Commerce

Count 2:  18 U.S.C. § 1951 -- Hobbs Act - Attempt to Obstruct Commerce

Count 3:  18 U.S.C. §§ 924(c)(1) and 2 -- Firearms Used in Crime of Violence; Aiding and Abetting

Count 4:  18 U.S.C. §§ 924(c)(1) and 2 -- Firearms Used in Crime of Violence; Aiding and Abetting


PENALTY:

Count 1:  20 years imprisonment, $250,000 fine, $50 special assessment, supervised release

Count 2:  20 years imprisonment, $250,000 fine, $50 special assessment, supervised release

Count 3:  5 years imprisonment, $250,000 fine, $50 special assessment, supervised release

Count 4:  5 years imprisonment, $250,000 fine, $50 special assessment, supervised release