**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

November 20, 2007

**Office of the Clerk-USDC Southern District of New York**
**500 Pearl Street,**
**New York, NY 10007-1312**

Case Number: **CR-95-20075-RMW**

Case Title: **US-v-Hoa Duc Nguyen**

Dear Clerk:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following

(X)   Certified copy of the Superseding Indictment

(X)   Certified copy of the Consent to Transfer, Rule 20 Transfer Notice

(X)   Certified copy of the docket entries

Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: _Cita F. Escolano_
Case Systems Administrator

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy

**07 CRIM 1121**

o:\mrg\crim\r20.out

Rev 11/95

ICMS

# U.S. District Court
## California Northern District (San Jose)
### CRIMINAL DOCKET FOR CASE #: 5:95-cr-20075-RMW-12
Internal Use Only

Case title: USA v. Wong, Et.Al  
Magistrate judge case number: 5:95-mj-00101

Date Filed: 06/06/1995  
Date Terminated: 11/20/2007

Assigned to: Judge Ronald M. Whyte

**Defendant**

**Hoa D. Nguyen** (12)  
*TERMINATED: 11/20/2007*

represented by **Ginger R. Kelley**  
250 N. Golden Circle  
Suite 112  
Santa Ana, CA 92705  
(714) 480-6868  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:1951 HOBBS ACT-CONSPIRACY TO OBSTRUCT COMMERCE  
(1)

18:1951 HOBBS ACT-CONSPIRACY TO OBSTRUCT COMMERCE  
(1s)

18:1951 HOBBS ACT-ATTEMPT TO OBSTRUCT COMMERCE  
(2)

18:1951 HOBBS ACT-ATTEMPT TO OBSTRUCT COMMERCE AND 18:2 AIDING & ABETTING  
(2s)

18:924(c)(1) FIREARMS USED IN

**Disposition**

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED: RICHARD W. WIEKING Clerk, U.S. District Court Northern District of California By: [signature] Deputy Clerk Date:

**Disposition**

Rule 20 Consent to Transfer Case for Plea and Sentence

Rule 20 Consent to Transfer Case for Plea and Sentence

Rule 20 Consent to Transfer Case for Plea and Sentence

Rule 20 Consent to Transfer Case for Plea and Sentence

| | |
|---|---|
| CRIME OF VIOLENCE AND 18:2 AIDING & ABETTING<br>(3s) | Rule 20 Consent to Transfer Case for Plea and Sentence |
| 18:924(c)(1) FIREARMS USED IN CRIME OF VIOLENCE AND 18:2 AIDING & ABETTING<br>(4s) | Rule 20 Consent to Transfer Case for Plea and Sentence |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| Criminal complaint filed against defendants for violation to 18 USC 1951 (Knowingly and intentionally conspire and agree to obstruct, delay and affect commerce by robbery) [ 5:95-m -101 ] | Rule 20 Consent to Transfer Case for Plea and Sentence |

**Plaintiff**

USA　　　　　　　　　　　　　　　　represented by　Steven F. Gruel
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　　　　　　　　　　450 Golden Gate Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 36055
　　　　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94102
　　　　　　　　　　　　　　　　　　　　　　　　　　(415)436-7200
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/1995 | | (Court only) Docket Modification (Administrative) detention hearing set for 2:00 6/1/95 for Phuong T. Pham, for Luong H. Tieu, for Phong T. Nguyen, for Quyen M. Nguyen, for Phung C. Ngo, for Hoa D. Nguyen, for Tuan A. Tran, for Hai H. Bui ; [ 5:95-m -101 ] (cgb, COURT STAFF) (Entered: 06/05/1995) |
| 05/25/1995 | | Bench Warrant issued for Hue Tiu by Mag. Judge Patricia V. Trumbull Bail Set: no bail [ 5:95-m -94 ] (scu, COURT STAFF) (Entered: 05/26/1995) |
| 05/25/1995 | | Bench Warrant issued for Dai Ta by Mag. Judge Patricia V. Trumbull Bail Set: no bail [ 5:95-m -94 ] (scu, COURT STAFF) (Entered: 05/26/1995) |
| 05/26/1995 | 1 | COMPLAINT Phuong T. Pham (1) count(s) cmp, Luong H. Tieu (2) count(s) cmp, Phong T. Nguyen (3) count(s) cmp, Quyen M. Nguyen (4) |

| | | |
|---|---|---|
| | | count(s) cmp, Phung C. Ngo (5) count(s) cmp, Hoa D. Nguyen (6) count(s) cmp, Tuan A. Tran (7) count(s) cmp, Hai H. Bui (8) count(s) cmp Mag. Judge Patricia V. Trumbull [ 5:95-m -101 ] (cgb, COURT STAFF) (Entered: 06/05/1995) |
| 05/26/1995 | 2 | MINUTES: before Mag. Judge Patricia V. Trumbull ; first appearance of Phuong T. Pham, Luong H. Tieu, Phong T. Nguyen, Quyen M. Nguyen, Phung C. Ngo, Hoa D. Nguyen, Tuan A. Tran, Hai H. Bui , Attorney present; , I.D. of counsel set for 2:30 5/30/95 for Phuong T. Pham, for Luong H. Tieu, for Phong T. Nguyen, for Quyen M. Nguyen, for Phung C. Ngo, for Hoa D. Nguyen, for Tuan A. Tran, for Hai H. Bui ; before Mag. Judge Patricia V. Trumbull ( C/R: Jeanne LeRoy Tape No.: 061-95 PVT) [ 5:95-m -101 ] (cgb, COURT STAFF) (Entered: 06/05/1995) |
| 05/26/1995 | 8 | MINUTES: before Mag. Judge Patricia V. Trumbull ; first appearance of Hue Tiu , $50,000.00 PR Bond set for Hue Tiu, deft to surrender passport to Pretrial Services , I.D. of counsel set for 2:00 6/1/95 for Hue Tiu ; before Mag. Judge Patricia V. Trumbull ( C/R: Jeanne LeRoy Tape No.: 061-95 PVT) [ 5:95-m -94 ] (jm, COURT STAFF) Modified on 06/06/1995 (Entered: 06/06/1995) |
| 05/26/1995 | 9 | ORDER by Mag. Judge Patricia V. Trumbull setting conditions of release for Hue Tiu; $50,000.00 PR [ 5:95-m -94 ] (jm, COURT STAFF) (Entered: 06/06/1995) |
| 05/30/1995 | 7 | MINUTES: before Mag. Judge Patricia V. Trumbull ; I.D. of counsel ( C/R: Genny Sarkis Tape No.: 062-95 PVT) [ 5:95-m -95 ] (jm, COURT STAFF) (Entered: 06/08/1995) |
| 05/31/1995 | 5 | MINUTES: before Mag. Judge Patricia V. Trumbull ; for appointment of counsel as to defendant Phung C. Ngo , Attorney for Phung C. Ngo, Hoa D. Nguyen is Paul B. Meltzer; ( C/R: Genny Sarkis Tape No.: 063-95 PVT) [ 5:95-m -101 ] (cgb, COURT STAFF) (Entered: 06/05/1995) |
| 06/01/1995 | 6 | MINUTES: before Mag. Judge Patricia V. Trumbull ; arraignment will be held at 1:00 6/16/95 for Phuong T. Pham ; before Mag. Judge Patricia V. Trumbull ( C/R: JEanne LeRoy Tape No.: 064-95 PVT) [ 5:95-m -101 ] (cgb, COURT STAFF) (Entered: 06/06/1995) |
| 06/01/1995 | 7 | MINUTES: before Mag. Judge Patricia V. Trumbull ; arraignment will be held at 1:00 6/15/95 for Luong H. Tieu ; ( C/R: Jeanne LeRoy Tape No.: 064-95 PVT) [ 5:95-m -101 ] (cgb, COURT STAFF) (Entered: 06/06/1995) |
| 06/01/1995 | 8 | MINUTES: before Mag. Judge Patricia V. Trumbull ; detention hearing set for 2:00 6/7/95 for Phong T. Nguyen, for Phung C. Ngo, for Hai H. Bui ; before Mag. Judge Patricia V. Trumbull ( C/R: Jeanne LeRoy' Tape No.: 064-95 PVT) [ 5:95-m -101 ] (cgb, COURT STAFF) (Entered: 06/06/1995) |
| 06/01/1995 | 9 | MINUTES: before Mag. Judge Patricia V. Trumbull ; further detention hearing set for 1:00 6/15/95 for Quyen M. Nguyen ; ( C/R: Jeanne LeRoy Tape No.: 064-95 PVT) [ 5:95-m -101 ] (cgb, COURT STAFF) (Entered: |

| | | |
|---|---|---|
| | | 06/06/1995) |
| 06/01/1995 | 10 | MINUTES: before Mag. Judge Patricia V. Trumbull ; arraignment will be held at 1:00 6/15/95 for Hoa D. Nguyen ; , $50,000 c/cs (property + 3rd party custodian) Bond set for Hoa D. Nguyen ( C/R: Jeanne LeRoy Tape No.: 064-95 PVT) [ 5:95-m -101 ] (cgb, COURT STAFF) (Entered: 06/06/1995) |
| 06/01/1995 | 11 | MINUTES: before Mag. Judge Patricia V. Trumbull ; I.D. of counsel set for 11:30 6/2/95 for Tuan A. Tran ; ( C/R: Jeanne LeRoy Tape No.: 064-95 PVT) [ 5:95-m -101 ] (cgb, COURT STAFF) (Entered: 06/06/1995) |
| 06/01/1995 | 11 | MINUTES: before Mag. Judge Patricia V. Trumbull ; first appearance of Dai Ta , Attorney present; , $50,000.00 PR Bond set for Dai Ta , preliminary exam set for 1:00 6/15/95 for Dai Ta ; I.D. of counsel set for 9:30 6/8/95 for Dai Ta ; before Mag. Judge Patricia V. Trumbull ( C/R: Jeanne LeRoy Tape No.: 064-95 PVT) [ 5:95-m -94 ] (jm, COURT STAFF) (Entered: 06/06/1995) |
| 06/01/1995 | 12 | CJA Form 23 (Financial Affidavit) as to Dai Ta [ 5:95-m -94 ] (jm, COURT STAFF) (Entered: 06/07/1995) |
| 06/01/1995 | 13 | ORDER by Mag. Judge Patricia V. Trumbull setting conditions of release for Dai Ta; $50,000.00 PR [ 5:95-m -94 ] (jm, COURT STAFF) (Entered: 06/07/1995) |
| 06/01/1995 | 14 | ORDER by Mag. Judge Patricia V. Trumbull Interim CJA payment as to defendant Dai Ta [ 5:95-m -94 ] (jm, COURT STAFF) (Entered: 06/07/1995) |
| 06/01/1995 | 15 | MINUTES: before Mag. Judge Patricia V. Trumbull ; preliminary exam set for 1:00 6/15/95 for Hue Tiu ; I.D. of counsel before Mag. Judge Patricia V. Trumbull ( C/R: Jeanne LeRoy Tape No.: 064-95 PVT) [ 5:95-m -94 ] (jm, COURT STAFF) (Entered: 06/07/1995) |
| 06/02/1995 | 13 | MINUTES: before Mag. Judge Patricia V. Trumbull ; arraignment will be held at 1:00 6/15/95 for Tuan A. Tran ; ( C/R: Jennifer Rodriguez) [ 5:95-m -101 ] (cgb, COURT STAFF) (Entered: 06/06/1995) |
| 06/06/1995 | 26 | INDICTMENT by AUSA Steven F. Gruel. Counts filed against Lawrence Wong (1) counts 1, 2, 3, 4, 5, Michael Nguyen (2) counts 1, 2, 3, 4, 5, Jason Nguyen (3) counts 3, 4, 5, Liem (4) counts 5, Anthony Sang (5) counts 5, Thahn Tam Cao (6) counts 1, 2, Phuong T. Pham (7) counts 1, 2, Luong H. Tieu (8) counts 1, 2, Phong T. Nguyen (9) counts 1, 2, Quyen M. Nguyen (10) counts 1, 2, Phung C. Ngo (11) counts 1, 2, Hoa D. Nguyen (12) counts 1, 2, Tuan A. Tran (13) counts 1, 2, Hai H. Bui (14) counts 1, 2, Hue Tiu Pham (15) counts 3, 4, Tri Van Nguyen (16) counts 3, 4 (dhm, COURT STAFF) (Entered: 06/09/1995) |
| 06/15/1995 | 49 | $50,000.00 Bond by Hoa D. Nguyen (jm, COURT STAFF) (Entered: 06/26/1995) |
| 06/15/1995 | 72 | MINUTES: before Mag. Judge Patricia V. Trumbull ; dft Lawrence Wong, Michael Nguyen, Jason Nguyen, Liem, Anthony Sang, Thahn |

| | | |
|---|---|---|
| | | Tam Cao, Phuong T. Pham, Luong H. Tieu, Phong T. Nguyen, Quyen M. Nguyen, Phung C. Ngo, Hoa D. Nguyen, Tuan A. Tran, Hai H. Bui, Hue Tiu Pham, Tri Van Nguyen arraigned; not guilty plea entered; Attorney present; , all pending motions will be heard by 2:00 7/6/95 for Lawrence Wong, for Michael Nguyen, for Jason Nguyen, for Liem, for Anthony Sang, for Thahn Tam Cao, for Phuong T. Pham, for Luong H. Tieu, for Phong T. Nguyen, for Quyen M. Nguyen, for Phung C. Ngo, for Hoa D. Nguyen, for Tuan A. Tran, for Hai H. Bui, for Hue Tiu Pham, for Tri Van Nguyen ; before Mag. Judge Patricia V. Trumbull ( C/R: Joan Toreano) (jm, COURT STAFF) (Entered: 07/07/1995) |
| 06/16/1995 | 416 | $50,000. Bond by Hoa D. Nguyen by Mag. Judge Patricia V. Trumbull (dhm, COURT STAFF) (Entered: 06/06/1996) |
| 06/19/1995 | 52 | ORDER by Mag. Judge Patricia V. Trumbull (pretrial memorandum) (jm, COURT STAFF) (Entered: 06/26/1995) |
| 06/21/1995 | 57 | MOTION and supporting memorandum before Mag. Judge Patricia V. Trumbull for finding of complexity by USA as to Lawrence Wong, Michael Nguyen, Jason Nguyen, Liem, Anthony Sang, Thahn Tam Cao, Phuong T. Pham, Luong H. Tieu, Phong T. Nguyen, Quyen M. Nguyen, Phung C. Ngo, Hoa D. Nguyen, Tuan A. Tran, Hai H. Bui, Hue Tiu Pham, Tri Van Nguyen (jm, COURT STAFF) (Entered: 07/05/1995) |
| 06/21/1995 | 58 | DECLARATION by Steven F. Gruel re motion for finding of complexity by USA as to Lawrence Wong, Michael Nguyen, Jason Nguyen, Liem, Anthony Sang, Thahn Tam Cao, Phuong T. Pham, Luong H. Tieu, Phong T. Nguyen, Quyen M. Nguyen, Phung C. Ngo, Hoa D. Nguyen, Tuan A. Tran, Hai H. Bui, Hue Tiu Pham, Tri Van Nguyen [57-1] (jm, COURT STAFF) (Entered: 07/05/1995) |
| 06/26/1995 | 62 | ORDER by Mag. Judge Patricia V. Trumbull granting motion for appointment of investigative services by defendant Phong T. Nguyen [61-1] (jm, COURT STAFF) (Entered: 07/05/1995) |
| 06/29/1995 | 68 | DECLARATION by William W. Burns re motion for fees for out of court interpreter between attorney and client by defendant Phuong T. Pham [67-1] (jm, COURT STAFF) (Entered: 07/06/1995) |
| 06/30/1995 | 66 | ORDER by Mag. Judge Patricia V. Trumbull denying motion :for travel to San Diego, California from 06/30/95 to 07/02/95 by defendant Anthony Sang [65-1] (jm, COURT STAFF) (Entered: 07/06/1995) |
| 07/03/1995 | 71 | DECLARATION by Jerry Y. Fong re opposition [70-1] (jm, COURT STAFF) (Entered: 07/06/1995) |
| 07/05/1995 | 73 | DECLARATION of Luong Tieu (jm, COURT STAFF) (Entered: 07/13/1995) |
| 07/05/1995 | 75 | ORDER by Mag. Judge Patricia V. Trumbull granting motion for fees for out of court interpreter between attorney and client by defendant Phuong T. Pham [67-1] (jm, COURT STAFF) (Entered: 07/13/1995) |
| 07/05/1995 | 77 | OPPOSITION by defendant Hoa D. Nguyen to motion for finding of |

| | | |
|---|---|---|
| | | complexity by USA as to Lawrence Wong, Michael Nguyen, Jason Nguyen, Liem, Anthony Sang, Thahn Tam Cao, Phuong T. Pham, Luong H. Tieu, Phong T. Nguyen, Quyen M. Nguyen, Phung C. Ngo, Hoa D. Nguyen, Tuan A. Tran, Hai H. Bui, Hue Tiu Pham, Tri Van Nguyen [57-1] (jm, COURT STAFF) (Entered: 07/13/1995) |
| 07/06/1995 | 82 | MINUTES: before Mag. Judge Patricia V. Trumbull ; granting motion for finding of complexity by USA as to Lawrence Wong, Michael Nguyen, Jason Nguyen, Liem, Anthony Sang, Thahn Tam Cao, Phuong T. Pham, Luong H. Tieu, Phong T. Nguyen, Quyen M. Nguyen, Phung C. Ngo, Hoa D. Nguyen, Tuan A. Tran, Hai H. Bui, Hue Tiu Pham, Tri Van Nguyen [57-1] all pending motions heard all pending motions will be heard by 2:00 7/27/95 for Michael Nguyen ; before Mag. Judge Patricia V. Trumbull , in-court hearing will be held at 11:30 10/16/95 for Lawrence Wong, for Michael Nguyen, for Jason Nguyen, for Liem, for Anthony Sang, for Thahn Tam Cao, for Phuong T. Pham, for Luong H. Tieu, for Phong T. Nguyen, for Quyen M. Nguyen, for Phung C. Ngo, for Hoa D. Nguyen, for Tuan A. Tran, for Hai H. Bui, for Hue Tiu Pham, for Tri Van Nguyen ; before Mag. Judge Edward A. Infante ( C/R: Genny Sarkis Tape No.: 079-95 PVT) (jm, COURT STAFF) (Entered: 07/24/1995) |
| 07/12/1995 | 86 | ORDER and discovery plan by Mag. Judge Patricia V. Trumbull granting motion for finding of complexity by USA as to Lawrence Wong, Michael Nguyen, Jason Nguyen, Liem, Anthony Sang, Thahn Tam Cao, Phuong T. Pham, Luong H. Tieu, Phong T. Nguyen, Quyen M. Nguyen, Phung C. Ngo, Hoa D. Nguyen, Tuan A. Tran, Hai H. Bui, Hue Tiu Pham, Tri Van Nguyen [57-1] (jm, COURT STAFF) (Entered: 07/24/1995) |
| 07/19/1995 | 96 | DECLARATION by James Farragher Campbell re motion for bail and release of defendant by defendant Michael Nguyen [94-1] (jm, COURT STAFF) (Entered: 07/26/1995) |
| 07/25/1995 | 87 | ORDER by Mag. Judge Patricia V. Trumbull granting motion for authoriztion for cja funds for paralegal costs to organize, copy, and distribute discovery product by defendant Tuan A. Tran [97-1] (jm, COURT STAFF) (Entered: 07/26/1995) |
| 07/26/1995 | 89 | DECLARATION by Thomas F. Mueller re application For CJA funds payment for copying audio tapes for distribution by defendant Tuan A. Tran [88-1] (jm, COURT STAFF) (Entered: 07/26/1995) |
| 07/26/1995 | 91 | ORDER by Mag. Judge Patricia V. Trumbull granting application For CJA funds payment for copying audio tapes for distribution by defendant Tuan A. Tran [88-1] (jm, COURT STAFF) (Entered: 07/26/1995) |
| 07/31/1995 | 104 | ORDER by Mag. Judge Patricia V. Trumbull granting motion :for travel to San Diego, CA from 08/11/95 to 08/13/95 by defendant Anthony Sang [102-1] (jm, COURT STAFF) (Entered: 08/16/1995) |
| 07/31/1995 | 107 | ORDER by Mag. Judge Patricia V. Trumbull denying motion to extend travel restriction to throughout the State of California for business purposes by defendant Anthony Sang [105-1] (jm, COURT STAFF) |

| | | |
|---|---|---|
| | | (Entered: 08/16/1995) |
| 08/03/1995 | 111 | ORDER by Judge Ronald M. Whyte to pretrial services re: no action required by Court at this time (jm, COURT STAFF) (Entered: 09/07/1995) |
| 08/23/1995 | 117 | DEMAND by Plaintiff USA for alibi notice as to defendant Thahn Tam Cao, defendant Phuong T. Pham, defendant Luong H. Tieu, defendant Phong T. Nguyen, defendant Quyen M. Nguyen, defendant Phung C. Ngo, defendant Hoa D. Nguyen, defendant Tuan A. Tran, defendant Hai H. Bui (jm, COURT STAFF) (Entered: 09/07/1995) |
| 09/05/1995 | 132 | MINUTES: before Judge Ronald M. Whyte ; that the motion to revoke pretrial detention order by defendant Michael Nguyen [108-1] is submitted ( C/R: LeeAnne Shortridge) (jm, COURT STAFF) (Entered: 10/30/1995) |
| 09/19/1995 | 128 | ORDER by Judge Ronald M. Whyte denying motion to revoke pretrial detention order by defendant Michael Nguyen [108-1], denying motion set bond [108-2] (jm, COURT STAFF) (Entered: 10/18/1995) |
| 09/25/1995 | 133 | ORDER by Mag. Judge Patricia V. Trumbull withdrawing Edward Hall and substituting attorney Ginger R. Kelley (jm, COURT STAFF) (Entered: 10/30/1995) |
| 10/02/1995 | 138 | ORDER by Mag. Judge Patricia V. Trumbull granting motion :for travel to San Diego, California from 10/09/95 to 10/11/95 by defendant Anthony Sang [136-1] (jm, COURT STAFF) (Entered: 10/30/1995) |
| 10/11/1995 | 176 | OPPOSITION by Plaintiff USA to motion for a bill of particulars [141-1] (jm, COURT STAFF) (Entered: 11/01/1995) |
| 10/11/1995 | 177 | MOTION before Mag. Judge Patricia V. Trumbull for reciprocal discovery by USA (jm, COURT STAFF) (Entered: 11/01/1995) |
| 10/11/1995 | 178 | STATEMENT by Plaintiff USA re: case status (jm, COURT STAFF) (Entered: 11/01/1995) |
| 10/24/1995 | 199 | NOTICE by Plaintiff U.S. to use evidence (dhm, COURT STAFF) (Entered: 11/20/1995) |
| 11/08/1995 | 217 | ORDER by Mag. Judge Edward A. Infante granting motion for order authorizing transporation for dft. Bui to appear at court hearing on 11/13/95 at 11:30 [216-1] (dhm, COURT STAFF) (Entered: 11/20/1995) |
| 11/13/1995 | 229 | MINUTES: before Mag. Judge Edward A. Infante ; The Court DECLINED to hear Dft. Nguyen's motion for release to halfway house pending trial. Dft Nguyen's motion to exclude evidence prior to conviction is referred to RMW. Dft Cao's motion to modify conditions of release is referred to PVT. All other non-dispositive motions were heard and ruled upon. Court will issue a written order. Time excluded: 90 days from 11/13/95. Alibi Notice is UNSEALED. Alibi Notice supplemented: 12/1/95. Pretrial Conference set for 3/7/96 at 1:30, Jury trial set for 1:30 3/18/96 pending motions will be heard by 9:00 2/12/96 before Judge |

| | | |
|---|---|---|
| | | Ronald M. Whyte ( C/R: Valerie Hayes) (dhm, COURT STAFF) (Entered: 12/11/1995) |
| 11/13/1995 | | (Court only) Docket Modification (Administrative) (dhm, COURT STAFF) (Entered: 12/11/1995) |
| 11/13/1995 | | (Court only) Docket Modification (Administrative) updating schedule (dhm, COURT STAFF) (Entered: 12/11/1995) |
| 11/13/1995 | | (Court only) Docket Modification (Administrative) updating schedule (dhm, COURT STAFF) (Entered: 12/11/1995) |
| 11/13/1995 | | (Court only) Docket Modification (Administrative) [186-1], referring to Judge Ronald M. Whyte the motion to exclude evidence of prior conviction [151-1] (dhm, COURT STAFF) (Entered: 12/11/1995) |
| 11/17/1995 | 222 | REPORTER'S TRANSCRIPT; Date of proceedings: 11/13/95 ( C/R: Valerie L. Hayes) (dhm, COURT STAFF) (Entered: 11/27/1995) |
| 11/20/1995 | 228 | Appeal from Magistrate's Order before Judge Ronald M. Whyte by Plaintiff USA concerning order [223-1] (dhm, COURT STAFF) (Entered: 12/04/1995) |
| 11/22/1995 | 224 | ORDER by Mag. Judge Patricia V. Trumbull granting motion for order authorzing CJA funds on behalf of all CJA dfts for the cost of transcribing and translating 5 tapes cassettes of wiretap conversations [221-1] (dhm, COURT STAFF) (Entered: 11/27/1995) |
| 11/27/1995 | 227 | MINUTES: before Mag. Judge Patricia V. Trumbull ; bail review hearing held. , Bond hearing set for 9:30 11/30/95 for Thahn Tam Cao ; before Mag. Judge Patricia V. Trumbull ( Tape No.: 150 Sarkis) (dhm, COURT STAFF) (Entered: 11/28/1995) |
| 11/30/1995 | 234 | MEMORANDUM by Plaintiff USA in support of Appeal from Magistrate's Order [228-1] (dhm, COURT STAFF) (Entered: 12/13/1995) |
| 12/21/1995 | 242 | ORDER by Judge Ronald M. Whyte that the appeal motion Appeal from Magistrate's Order [228-1] will be deemed submitted on the ealier of the filing of the dfts' response or 01/12/96 (dhm, COURT STAFF) (Entered: 01/03/1996) |
| 02/06/1996 | 314 | SUPERSEDING indictment Lawrence Wong (1) counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, Michael Nguyen (2) counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, Jason Nguyen (3) counts 5s, 6s, 7s, Liem (4) counts 7s, Anthony Sang (5) counts 7s, Thahn Tam Cao (6) counts 1s, 2s, 3s, 4s, Phuong T. Pham (7) counts 1s, 2s, 3s, 4s, Luong H. Tieu (8) counts 1s, 2s, 3s, 4s, Phong T. Nguyen (9) counts 1s, 2s, 3s, 4s, Quyen M. Nguyen (10) counts 1s, 2s, 3s, 4s, Phung C. Ngo (11) counts 1s, 2s, 3s, 4s, Hoa D. Nguyen (12) counts 1s, 2s, 3s, 4s, Tuan A. Tran (13) counts 1s, 2s, 3s, 4s, Hai H. Bui (14) counts 1s, 2s, 3s, 4s, Hue Tiu Pham (15) counts 5s, 6s, Tri Van Nguyen (16) counts 5s, 6s (dhm, COURT STAFF) (Entered: 02/09/1996) |
| 02/07/1996 | 321 | STATEMENT re: Case Status by Plaintiff USA (dhm, COURT STAFF) |

| | | |
|---|---|---|
| | | (Entered: 02/14/1996) |
| 02/07/1996 | 324 | DECLARATION by Michael Sweeney on behalf of Plaintiff USA (dhm, COURT STAFF) (Entered: 02/14/1996) |
| 02/07/1996 | 325 | DECLARATION by Charles R. Shapiro on behalf of Plaintiff USA (dhm, COURT STAFF) (Entered: 02/14/1996) |
| 02/07/1996 | 326 | DECLARATION by Bruce A. Burroughs on behalf of Plaintiff USA (dhm, COURT STAFF) (Entered: 02/14/1996) |
| 02/28/1996 | 338 | STIPULATION and ORDER by Judge Ronald M. Whyte pre-trial motions and trial setting 9:00 3/18/96 before Judge Ronald M. Whyte (dhm, COURT STAFF) (Entered: 03/01/1996) |
| 03/07/1996 | 342 | DECLARATION by Michael Sweeney on behalf of Plaintiff USA re opposition [341-1] (dhm, COURT STAFF) (Entered: 03/12/1996) |
| 03/13/1996 | 353 | STATEMENT RE SPEEDY TRIAL CALCULATION by USA (dhm, COURT STAFF) (Entered: 03/19/1996) |
| 03/13/1996 | 355 | ORDER by Judge Ronald M. Whyte motion to dismiss wqill be heard by 10:00 3/25/96 for Tri Van Nguyen ; before Judge Ronald M. Whyte (dhm, COURT STAFF) (Entered: 03/19/1996) |
| 03/18/1996 | 364 | MINUTES: before Mag. Judge Patricia V. Trumbull dft Lawrence Wong, Jason Nguyen, Anthony Sang, Thahn Tam Cao, Phuong T. Pham, Luong H. Tieu, Phong T. Nguyen, Quyen M. Nguyen, Phung C. Ngo, Hoa D. Nguyen, Tuan A. Tran, Hai H. Bui, Hue Tiu Pham, Tri Van Nguyen arraigned; not guilty plea entered to superseding indictment ; Attorneys present ( Tape No.: 045 Sarkis) (dhm, COURT STAFF) (Entered: 04/04/1996) |
| 03/18/1996 | 366 | MINUTES: before Judge Ronald M. Whyte; Dfts' dispositive motions hearing held. The court took motions under submission. The Court will group dfts for trial pre-trial conference will be held 1:30 6/27/96 for the first group consisting of Lawrence Wong, Michael Nguyen, Thahn Tam Cao, Luong H. Tieu, Phong T. Nguyen ; Jury trial set for 1:30 7/8/96 Lawrence Wong, Michael Nguyen, Thahn Tam Cao, Luong H. Tieu, Phong T. Nguyen before Judge Ronald M. Whyte ( C/R: Lee-Anne Shortridge) (dhm, COURT STAFF) (Entered: 04/04/1996) |
| 03/25/1996 | 371 | MINUTES: before Judge Ronald M. Whyte ; that the motion to dismiss counts 3 and 4 of the superseding indictment by defendant Quyen M. Nguyen [337-1] is submitted ( C/R: Lee-Anne Shortridge) (dhm, COURT STAFF) (Entered: 04/04/1996) |
| 04/02/1996 | 383 | OPPOSITION by Plaintiff USA to motion to dismiss for double jeopardy [376-1], motion to dismiss counts 3 and 4 [337-1] (dhm, COURT STAFF) (Entered: 04/09/1996) |
| 04/03/1996 | 384 | ORDER by Judge Ronald M. Whyte: The Magistrate's order requiring the AUSA to personally review the personnel files of the FBI agents involved is vacated and the original motion by dft seeking personal |

| | | |
|---|---|---|
| | | review by the AUSA is denied. (dhm, COURT STAFF) (Entered: 04/09/1996) |
| 04/18/1996 | 397 | ORDER by Judge Ronald M. Whyte referring to Mag. Judge the motion to withdraw attorney Willian W. Burns by defendant Phuong T. Pham [392-1] (dhm, COURT STAFF) (Entered: 04/25/1996) |
| 04/24/1996 | 399 | MOTION before Mag. Judge Patricia V. Trumbull to revoke conditions of release and to issue arrest warrant by USA as to Hoa D. Nguyen (dhm, COURT STAFF) (Entered: 05/01/1996) |
| 04/24/1996 | 400 | DECLARATION by Steven F. Gruel on behalf of Plaintiff USA re motion to revoke conditions of release and to issue arrest warrant by USA as to Hoa D. Nguyen [399-1] (dhm, COURT STAFF) (Entered: 05/01/1996) |
| 04/29/1996 | 402 | TENTATIVE ORDER OF SEVERANCE by Judge Ronald M. Whyte The Court tentatively grants in part and denies in part the motions [272-1], [257-1], [257-2], [256-1] (dhm, COURT STAFF) (Entered: 05/01/1996) |
| 05/02/1996 | 407 | ORDER by Judge Ronald M. Whyte denying dft Q. Nguyen's motion to dismiss counts 3 and 4 pursuant to Bailey v United States but consolidating counts (dhm, COURT STAFF) (Entered: 05/15/1996) |
| 05/07/1996 | 410 | MINUTES: before Mag. Judge Patricia V. Trumbull ; Dft. Pham's request for new counsel withdrawn [392-1] ( Tape UNDER SEAL) (dhm, COURT STAFF) (Entered: 05/15/1996) |
| 05/08/1996 | 411 | ORDER by Judge Ronald M. Whyte denying dft. Taylor Nguyen's motion to dismiss counts 5 and 6 for lack of jurisdiction (dhm, COURT STAFF) (Entered: 05/15/1996) |
| 05/08/1996 | 412 | ORDER by Judge Ronald M. Whyte granting in part and denying in part the motion to limit the scope of the conspiracy by defendant Phung C. Ngo [265-1] (dhm, COURT STAFF) (Entered: 05/15/1996) |
| 05/14/1996 | 415 | FINDINGS AND ORDER by Judge Ronald M. Whyte Case is deemed complex and the time from 3/18/96 until 07/08/96 is excluded from the Speedy Trial clock (dhm, COURT STAFF) (Entered: 05/23/1996) |
| 05/16/1996 | 417 | MINUTES: before Mag. Judge Patricia V. Trumbull ; granting motion to revoke conditions of release and to issue arrest warrant by USA as to Hoa D. Nguyen [399-1] ( Tape No.: 074 Sarkis) (dhm, COURT STAFF) (Entered: 06/06/1996) |
| 05/20/1996 | 418 | ORDER by Judge Ronald M. Whyte setting hearing on motion to suppress statements and evidence obtained in violation of Miranda v. Arizona by defendant Phung C. Ngo [261-1] 1:30 5/30/96 (dhm, COURT STAFF) (Entered: 06/06/1996) |
| 05/20/1996 | 419 | ORDER by Judge Ronald M. Whyte On motions by dfts Bui and Ngo to suppress evidence. Except for the issues left open for resolution at the evidentary hearing, the motion to supress is denied. [277-1] [263-1] |

| | | |
|---|---|---|
| | | parties to appear on 5/30/96 at 1:30 to set the hearing date (dhm, COURT STAFF) (Entered: 06/06/1996) |
| 05/22/1996 | 421 | SUBPOENA returned as to: Department of Human Resources, San Leandro Police Department 5/6/96 (dhm, COURT STAFF) (Entered: 06/06/1996) |
| 05/22/1996 | 422 | ORDER by Mag. Judge Patricia V. Trumbull revoking condition of release for defendant Hoa D. Nguyen , and issuing arrest warrant (dhm, COURT STAFF) (Entered: 06/06/1996) |
| 05/23/1996 | | Bench Warrant issued for Hoa D. Nguyen by Mag. Judge Patricia V. Trumbull Bail Set: $50,000. (warrant was issued pursuant to minutes filed, minutes returned to Lori to follow up on an order to be filed) (dhm, COURT STAFF) (Entered: 06/06/1996) |
| 05/29/1996 | 423 | LETTER dated 5/28/96 from Jerry Fong re change of court date to 6/10/96 at 9:00 (dhm, COURT STAFF) (Entered: 06/06/1996) |
| 06/06/1996 | | Bench Warrant issued for Hoa D. Nguyen by Mag. Judge Patricia V. Trumbull Bail Set: NO BAIL (Warrant reissued to indicate No Bail pursuant to order filed 5/22/96) (dhm, COURT STAFF) (Entered: 06/06/1996) |
| 06/10/1996 | 424 | LETTER dated 06/07/96 from Jerry Fong re evidentiary hearing set for 07/09/96 at 9:00 (dhm, COURT STAFF) (Entered: 06/18/1996) |
| 06/13/1996 | 428 | WRITTEN PROFFER RE: CO-CONSPIRATORS STATEMENTS by Plaintiff USA (dhm, COURT STAFF) (Entered: 06/18/1996) |
| 06/19/1996 | 436 | MOTION before Judge Ronald M. Whyte to shorten time on motion to continue pretrial and trial dates by defendant Luong H. Tieu [434-1] (dhm, COURT STAFF) (Entered: 07/01/1996) |
| 07/09/1996 | 446 | MINUTES: before Judge Ronald M. Whyte; Evidentiary hearing re: dfts' motion to suppress. Matter submitted ( C/R: Lee-Anne Shortridge) (dhm, COURT STAFF) (Entered: 07/19/1996) |
| 07/09/1996 | 447 | EXHIBIT and WITNESS LIST re: Evidentiary hearing held (dhm, COURT STAFF) (Entered: 07/19/1996) |
| 09/24/1996 | | RECEIVED verdict form submitted by Plaintiff USA (dhm, COURT STAFF) (Entered: 09/27/1996) |
| 09/30/1996 | 473 | MINUTES: before Judge Ronald M. Whyte ; pre-trial conference 9:00 11/12/96 Jury Trial set for 1:30 1/6/97 before Judge Ronald M. Whyte ( C/R: Lee-Anne Shortridge) (Minutes received in Clerk's Office of docketing on 10/10/96) (dhm, COURT STAFF) (Entered: 10/11/1996) |
| 10/03/1996 | 470 | STIPULATION and ORDER by Judge Ronald M. Whyte for protective order (dhm, COURT STAFF) (Entered: 10/09/1996) |
| 10/07/1996 | 471 | FINDINGS AND ORDER by Judge Ronald M. Whyte for excludable time pursuant to the Speedy Trial Act. (dhm, COURT STAFF) (Entered: 10/09/1996) |

| | | |
|---|---|---|
| 10/08/1996 | 472 | LETTER dated 09/24/96 from Steven F. Gruel re sentencing dates continued to 6/23/97 at 9:00 (dhm, COURT STAFF) (Entered: 10/09/1996) |
| 11/05/1996 | 481 | MOTION before Mag. Judge Patricia V. Trumbull to forfeit bond by USA as to Hoa D. Nguyen (dhm, COURT STAFF) (Entered: 11/12/1996) |
| 11/05/1996 | 482 | MOTION AND DECLARATION by Steven F. Gruel on behalf of Plaintiff USA re motion to forfeit bond by USA as to Hoa D. Nguyen [481-1] (dhm, COURT STAFF) (Entered: 11/12/1996) |
| 11/14/1996 | 493 | ORDER by Mag. Judge Patricia V. Trumbull granting motion :for travel to Fun Shen City, Taiwan from 12/15/96 to 01/01/97 by defendant Anthony Sang [491-1] (dhm, COURT STAFF) (Entered: 11/15/1996) |
| 11/14/1996 | 494 | MINUTES: before Mag. Judge Patricia V. Trumbull ; granting motion to forfeit bond by USA as to Hoa D. Nguyen. After Court signs order, AUSA to forward to Forfeiture Unit [481-1] Tape No.: 149 Sarkis) (dhm, COURT STAFF) (Entered: 11/22/1996) |
| 11/20/1996 | | (Court only) Minutes of 11/14/96 received in Clerk's Office for docketing on 11/20/96 (dhm, COURT STAFF) (Entered: 11/22/1996) |
| 11/20/1996 | 495 | ORDER by Mag. Judge Patricia V. Trumbull The bond of $50,000. as to dft. Hoa Duc Nguyen is ordered forfeited to the United States (dhm, COURT STAFF) (Entered: 11/22/1996) |
| 12/06/1996 | 500 | LETTER dated 12/03/96 from Steven F. Gruel (dhm, COURT STAFF) (Entered: 12/10/1996) |
| 12/09/1996 | 503 | ORDER by Judge Ronald M. Whyte The bond of $50,000. as to defendant Hoa D. Nguyen is forfeited to the United States (dhm, COURT STAFF) (Entered: 12/11/1996) |
| 12/11/1996 | 504 | LETTER dated 11/27/96 from Jeane Dekelver (dhm, COURT STAFF) (Entered: 12/12/1996) |
| 01/06/1997 | 519 | MINUTES: before Judge Ronald M. Whyte ; sentencing hearing will be held at 9:00 1/13/97 for Hue Tiu Pham ; before Judge Ronald M. Whyte ( C/R: Lee-Anne Shortridge) (dhm, COURT STAFF) (Entered: 01/27/1997) |
| 01/09/1997 | 515 | STATEMENT re: Case Status by Plaintiff USA (dhm, COURT STAFF) (Entered: 01/21/1997) |
| 01/13/1997 | 523 | MINUTES: before Judge Ronald M. Whyte ; Group 2 pre-trial conference will be held 2:00 4/3/97 for Jason Nguyen, for Liem Nguyen ; Jury trial set for 1:30 4/14/97 for Jason Nguyen, for Liem Nguyen before Judge Ronald M. Whyte ( C/R: Lee-Anne Shortridge) (dhm, COURT STAFF) (Entered: 01/27/1997) |
| 01/13/1997 | 528 | MINUTES: before Judge Ronald M. Whyte ; status hearing will be held at 2:00 4/3/97 for group 3 before Judge Ronald M. Whyte ( C/R: Lee- |

|  |  | Anne Shortridge) (dhm, COURT STAFF) (Entered: 02/10/1997) |
|---|---|---|
| 01/14/1997 | 518 | ORDER by Mag. Judge Patricia V. Trumbull re memo prepared by Pretrial Services (dhm, COURT STAFF) (Entered: 01/24/1997) |
| 01/27/1997 |  | (Court only) Docket Modification (Administrative) Updating scheduled events (dhm, COURT STAFF) (Entered: 01/27/1997) |
| 01/29/1997 | 527 | FINDINGS AND ORDER for excludable time pursuant to the Speedy Trial Act by Judge Ronald M. Whyte (dhm, COURT STAFF) (Entered: 02/06/1997) |
| 02/21/1997 | 535 | LETTER dated 01/29/97 from Peter Chang FILED UNDER SEAL (dhm, COURT STAFF) (Entered: 02/25/1997) |
| 04/02/1997 | 556 | LETTER dated 03/28/97 from Steven F. Gruel (dhm, COURT STAFF) (Entered: 04/21/1997) |
| 04/30/1997 | 559 | STIPULATION and ORDER by Judge Ronald M. Whyte status conference reset to 4/28/97 at 9:00 (dhm, COURT STAFF) (Entered: 05/07/1997) |
| 05/13/1997 |  | RECEIVED proposed order submitted by Plaintiff USA re: [562-1] (dhm, COURT STAFF) (Entered: 05/19/1997) |
| 06/23/1997 | 586 | MINUTES: before Judge Ronald M. Whyte ; evidentiary hearing will be held at 1:30 on 8/11/97 or 8/25/97 for Phung C. Ngo ; before Judge Ronald M. Whyte ( C/R: Lee-Anne Shortridge) (dhm, COURT STAFF) (Entered: 06/25/1997) |
| 10/03/1997 | 627 | MINUTES: HEARING HELD 09/29/97 before Judge Ronald M. Whyte ; evidentiary hear re sentencing objections ( C/R: Lee-Anne Shortridge) (dhm, COURT STAFF) (Entered: 10/07/1997) |
| 10/06/1997 | 629 | STIPULATION and ORDER by Judge Ronald M. Whyte sentencing hearing will be held at 9:00 11/10/97 for Jason Nguyen ; before Judge Ronald M. Whyte (dhm, COURT STAFF) (Entered: 10/08/1997) |
| 12/19/1997 | 659 | STIPULATION and ORDER by Judge Ronald M. Whyte sentencing hearing will be held at 9:00 2/3/98 for Thahn Tam Cao, for Phong T. Nguyen ; before Judge Ronald M. Whyte (dhm, COURT STAFF) (Entered: 01/06/1998) |
| 03/04/1998 | 677 | STIPULATION & ORDER by Judge Ronald M. Whyte sentencing hearing will be held at 9:00 4/27/98 for Thahn Tam Cao, for Phong T. Nguyen ; before Judge Ronald M. Whyte (dhm, COURT STAFF) (Entered: 03/06/1998) |
| 06/17/1998 | 694 | REPORTER'S TRANSCRIPT; Date of proceedings: 6/15/95 ( C/R: Joanmarie Torreano) (cm, COURT STAFF) Modified on 07/09/1998 (Entered: 06/19/1998) |
| 09/21/1998 | 702 | MINUTES: filed on 9/21/98 before Judge Ronald M. Whyte; the court heard arguments. The court took this matter under submission; the court to send out a ruling to include a hearing date for status/trial setting ( C/R: |

| | | |
|---|---|---|
| | | L. Shortridge) (cm, COURT STAFF) (Entered: 09/22/1998) |
| 11/12/1998 | 705 | LETTER dated 11/12/98 re application for exoneration of bail bond (cm, COURT STAFF) (Entered: 11/13/1998) |
| 12/03/1998 | 711 | ORDER that the Pretrial Release Order is modified to release the Amwest Ins. Co. bond of $191,000.00, and Hai Thai are hereby ordered to sign personal surety bonds for the sum of $150,000.00 by Mag. Judge Patricia V. Trumbull re [709-1] (cm, COURT STAFF) (Entered: 12/03/1998) |
| 12/03/1998 | 715 | MINUTES: filed on 12/4/98 before Mag. Judge Patricia V. Trumbull ; re [709-1] modified to $150,000.00 unsecured ( C/R: Sarkis Tape No.: 174) (cm, COURT STAFF) (Entered: 12/04/1998) |
| 12/04/1998 | 714 | CLERK'S NOTICE re [24-1] additional sureties for $150,000.00 unsecured; names Hai Thai, Muoi Thai (cm, COURT STAFF) (Entered: 12/04/1998) |
| 04/19/1999 | | NOTIFICATION by Circuit Court of Appellate Docket Number 99-10195 (cm, COURT STAFF) (Entered: 04/19/1999) |
| 06/15/1999 | 725 | REPORTER'S TRANSCRIPT; Date of proceedings: 9/5/95 ( C/R: L. Shortridge) Pages 1-8 (cm, COURT STAFF) (Entered: 06/16/1999) |
| 06/15/1999 | 726 | REPORTER'S TRANSCRIPT; Date of proceedings: 8/28/95 ( C/R: L. Shortridge) (pages 1-3) (cm, COURT STAFF) (Entered: 06/16/1999) |
| 06/15/1999 | 727 | REPORTER'S TRANSCRIPT; Date of proceedings: 3/18/96 ( C/R: L. Shortridge) Pages 1-49 (cm, COURT STAFF) (Entered: 06/16/1999) |
| 06/15/1999 | 728 | REPORTER'S TRANSCRIPT; Date of proceedings: 6/17/96 ( C/R: L. Shortridge) Pages 1-22 (cm, COURT STAFF) (Entered: 06/16/1999) |
| 06/15/1999 | 729 | REPORTER'S TRANSCRIPT; Date of proceedings: 2/23/98 ( C/R: L. Shortridge) Pages 1-12 (cm, COURT STAFF) (Entered: 06/16/1999) |
| 06/15/1999 | 730 | REPORTER'S TRANSCRIPT; Date of proceedings: 4/20/98 ( C/R: L. Shortridge) Pages 1-15 (cm, COURT STAFF) (Entered: 06/16/1999) |
| 06/15/1999 | 731 | REPORTER'S TRANSCRIPT; Date of proceedings: 9/21/98 ( C/R: L. Shortridge) Pages 1-10 (cm, COURT STAFF) (Entered: 06/16/1999) |
| 06/15/1999 | 732 | REPORTER'S TRANSCRIPT; Date of proceedings: 2/22/99 ( C/R: L. Shortridge) Pages 1-21 (cm, COURT STAFF) (Entered: 06/16/1999) |
| 06/16/1999 | | CERTIFICATE of Record mailed to USCA, counsel notified. (cm, COURT STAFF) (Entered: 06/16/1999) |
| 06/23/1999 | 733 | Bench Warrant returned executed as to Hoa D. Nguyen on 1/7/97 (cm, COURT STAFF) (Entered: 07/08/1999) |
| 07/07/1999 | 735 | MAIL returned from Post Office addressed to Ginger R. Kelley (cm, COURT STAFF) (Entered: 07/08/1999) |
| 11/08/2000 | 747 | SEALED document (cm, COURT STAFF) (Entered: 11/15/2000) |

| | | |
|---|---|---|
| 01/22/2001 | 750 | CERTIFIED COPY of USCA Order: affirming the decision of the District Court [721-1] (mmr, COURT STAFF) (Entered: 01/23/2001) |
| 02/23/2001 | 753 | CLERK's letter spreading the mandate to counsel. re appeal [721-1] affirming judgment by District Court (mmr, COURT STAFF) (Entered: 02/26/2001) |
| 05/08/2002 | 763 | ORDER by Mag. Judge Patricia V. Trumbull denying request to exonerate bail and return passport. (cgb, COURT STAFF) (Entered: 05/09/2002) |
| 11/20/2007 | 783 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York Counts closed as to Hoa D. Nguyen (12) Count Complaint,1,1s,2,2s,3s,4s. (cfe, Court Staff) (Filed on 11/20/2007) (Entered: 11/20/2007) |
| 11/20/2007 | | Mailed Rule 20 Transfer documents to Southern District of New York, New York as to Hoa D. Nguyen: (cfe, Court Staff) (Filed on 11/20/2007) (Entered: 11/20/2007) |
| 11/20/2007 | | (Court only) *** Defendant Terminated as to Hoa Duc Nguyen (Entered: 11/20/2007) |