UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Hoa Duc Nguyen,                                                                                     07 Cr. 1121 (PAE)

                                                                                                     16 Civ. 4791 (PAE)

                                *Petitioner*,

         v.

United States of America,

                                *Respondent.*

-------------------------------------------------------------------X

### NOTICE OF DISMISSAL

    Please take notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that this action, 16 Civ. 4791, filed under 28 U.S.C. § 2255, is hereby voluntarily dismissed by Petitioner in its entirety. Undersigned counsel has spoken with Mr. Nguyen who authorized the dismissal of this action.

                                                                    Respectfully submitted,

                                                                    _____
                                                                    David Patton
                                                                    Federal Defenders of New York, Inc.
                                                                    52 Duane Street, 10th Floor
                                                                    New York, New York 10007
                                                                    (212) 417-8738
                                                                    *Counsel for Petitioner*