UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

HOA DUC NGUYEN,

Defendant.

---

07-CR-1121 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an application for compassionate release from defendant Hoa Duc
Nguyen, pursuant to Title 18, United States Code, Section 3582(c)(1)(A)(i).  Dkt. 19.  The Court
directs the Government to respond.  The Government's response is due **December 20, 2022**.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 6, 2022
       New York, New York