UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>HOA DUC NGUYEN,<br><br>                      Defendant. | 07-CR-1121 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      The Court hereby appoints Mr. Arlo Devlin-Brown, Esq. to represent the defendant in connection with his re-sentencing. The Court approves Mr. Devlin-Brown's filing of CJA vouchers for associate costs.

      SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: May 18, 2023
       New York, New York